LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendants*
*E. Perez-De Jesus and Kevin McMahill*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD HOUSE, | Case No.:   2:25-cv-01443-RFB-EJY |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD") OFFICER E. PEREZ-DE JESUS; CLARK COUNTY SHERIFF KEVIN McMAHILL; CHIEF JUSTICE DOUGLAS W. HERNDON; ATTORNEY GENERAL AARON D. FORD; GOVERNOR JOE LOMBARDO, | |
| Defendants. | |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendants, E. Perez-DeJesus and Kevin McMahill ("LVMPD Defendants") in the above-entitled action, in place of Robert W. Freeman, Esq. and E. Matthew Freeman, Esq. of the law firm of LEWIS BRISBOIS

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 1 of 4

BISGAARD & SMITH, LLP.

DATED this 23rd day of June, 2026.

KAEMPFER CROWELL

By:     /s/ Lyssa Anderson
        LYSSA S. ANDERSON (Nevada Bar No. 5781)
        KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
        TRAVIS C. STUDDARD (Nevada Bar No. 16454)
        1980 Festival Plaza Drive, Suite 650
        Las Vegas, Nevada  89135

        ***Attorneys for Defendants***
        ***E. Perez-De Jesus and Kevin McMahill***

DATED this 23rd day of June, 2026.

We hereby consent to the substitution.

                        E. Perez-De Jesus and Kevin McMahill

                        By:    /s/ Matthew Christian
                               Name:  Matthew Christian
                               Assistant General Counsel for Las Vegas
                               Metropolitan Police Department

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.

Page 2 of 4

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 23rd day of June, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert W. Freeman
    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 3062
    E. MATTHEW FREEMAN, ESQ.
    Nevada Bar No. 14198
    6385 S. Rainbow Blvd., Suite 600
    Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:        June 23, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.

Page 3 of 4